JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LLOYD, | ) Case No: 2:24-cv-06359-PD )  |
| Plaintiff, | ) **JUDGMENT** ) |
| vs. | ) ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 20, 2024            *Patricia Donahue*
                                     HON. PATRICIA DONAHUE
                                     UNITED STATES MAGISTRATE JUDGE